USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
SCOTT CAWTHON, :
                             Plaintiff, :
: 19 Civ. 7666 (LGS)
         -against- :
: ORDER
MGA ENTERTAINMENT, :
                             Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on February 13, 2020. As discussed at conference, it is hereby

      **ORDERED** that Defendant shall file an Answer by **February 20, 2020**. It is further

      **ORDERED** that the parties shall complete fact discovery, pursuant to this Court's Order at Dkt. No. 47, by **March 8, 2020**. Expert discovery is stayed, and the pre-motion conference scheduled to occur on May 7, 2020 is adjourned *sine die*. It is further

      **ORDERED** that, if additional fact discovery relating to Defendant's Answer is necessary, the parties shall jointly file a letter as soon as the need for that discovery becomes evident, and in any event no later than **February 27, 2020**, to request an extension to fact discovery for that limited purpose, and explain what limited additional discovery is necessary and why it is necessary. It is further

      **ORDERED** that the parties shall file a status letter apprising the Court of the status of settlement discussions, and proposing appropriate next steps, by **March 15, 2020**.

Dated: February 13, 2020
       New York, New York

                                           **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**