USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br><br>　　　Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC.<br><br>　　　Defendant. | Civil Action No. 1:19-cv-07666<br><br>[~~PROPOSED~~] ORDER |

Having considered the joint letter of Plaintiff Scott Cawthon and Defendant MGA Entertainment, Inc. informing this Court of a settlement in principle, it is **HEREBY ORDERED** that:

1. This action, including all claims, be conditionally dismissed without prejudice and with each side to bear their own costs and attorneys' fees; provided, however, that the parties may subsequently submit to the Court their own stipulation to dismiss the case with prejudice.

2. In the event settlement is not finalized, either party may apply by letter for restoration of the action to the active calendar within such 30-day period.

3. All currently pending motions, hearing dates, and other dates are vacated subject to reinstatement upon application within such 30-day period.

4. The Clerk of Court is respectfully directed to cancel any scheduled court dates, close any pending motions, and close the case.

SO ORDERED

New York, New York
March 2, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1