UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

               Plaintiff,

against

MGA ENTERTAINMENT,

               Defendant.

CIVIL ACTION NO.: 19 Civ. 7666 (LGS) (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letters at ECF Nos. 64 and 65. The Court interprets Judge Schofield's Order at ECF No. 51 as denying the request for leave to file a motion to dismiss, ordering that discovery continue, and ordering that motions for summary judgment be filed upon the completion of fact discovery.

Defendant's request that the date to complete depositions be stayed until after the stay-at-home orders are lifted in Los Angeles and California is GRANTED IN PART. Fact discovery is extended a further 30 days, and shall now close on **June 12, 2020**. Two weeks before the close of fact discovery, by **May 29, 2020**, the parties shall file a joint status letter explaining the status of the stay-at-home order, and whether additional time is needed to complete discovery.

During this time, the parties are urged to continue to engage in settlement negotiations. If they believe a settlement conference would be helpful, they may request court mediation or a settlement conference before the undersigned at any time.

Dated:    New York, New York
           April 15, 2020

SO ORDERED

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge