UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                Plaintiff,

against

MGA ENTERTAINMENT,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 7666 (LGS) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the parties' representations during the discovery conference held today, June 7, 2020, that they are engaged in active settlement negotiations, the Court will not enter a schedule for the completion of discovery at this time.

The parties are encouraged to continue to engage in settlement discussions, and by **July 1, 2020** shall file a status letter updating the Court on the progress of the negotiations. At that time, the Court will determine whether to set a schedule for the remainder of discovery.

Dated:    New York, New York
            June 17, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge