UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                      Plaintiff,

   against

MGA ENTERTAINMENT,

                    Defendant.

CIVIL ACTION NO.: 19 Civ. 7666 (LGS) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' joint status letter dated July 13, 2020, represented that they were engaged in settlement negotiations and requested an additional two weeks, until July 27, 2020 to finalize the settlement papers and provide the Court with a further update.  (ECF No. 72).

To date, no status letter has been filed, and the parties are now ORDERED to submit a joint status letter by **August 7, 2020**.  If the parties have not reached a settlement agreement by that time, the Court will determine whether to set a schedule for the remainder of discovery.

Dated:      New York, New York
             July 31, 2020

                                SO ORDERED

                                SARAH L. CAVE
                                United States Magistrate Judge